6-22-16
Courtney Garvin Partin
Northwest Correctional Complex
#350 945
960 State RT 212
Tiptonville, TN 38079

RECEIVED

JUN 24 2016

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

United States District Court
Western District of Tennessee

Courtney Partin
_____
Plaintiff,

VS.

Unknown Named Defendants
et al.
_____
Defendants

Case No. _____

Pursuant to 42 USC 1983 Civil Rights Complaint

1. Count "1" one: On 6-14-16 about 530 pm, at Northwest Correctional Complex, Unit 12, I Courtney Garvin Partin #350945 was assaulted by The Green Team Strike Force.

2. Count "2" Two: Medical service here at Northwest Correctional Complex Refuse To Provide medical service To inmate Courtney Partin. The bone in my elbows hurt me were there chips of bone needing taken out. And I told the medical staff I wanted to file a report and have a picture of all, 6-14-16 about 6pm. I have many injurys. I'm in pain.

(1.)

3. Count "3" Three: medical staff and officers of Northwest Correctional complex have concealed the inccdent in part or in full, By housing me in unit 4 Denied to process, sick calls, mental health requests, Requests, grievance forms ect. No one will help me. I'm in fear for my physical safety. I am suffering, in pain.

4. Count "4" Four: 6-15-16 at Northwest Correctional Complex I Courtney Partin was denied due process rights By medical condition. I have a documented medical Condition. I'm Being punished for my Disability. its on going, over and over. This Time in a Retalatory manner.

5. Counts "5" Five: denial of access to courts, can't get paper copys, envelopes, postage, legal counseling, pro se civil forms, Forma pauperis form, ect. I'm locked in unit 4 cell 20 with my property they brout me. can't have a phone call.

Relief: I need medical help now, I'm in a lot of pain, many injurys I need a lawyer, I need to be able to amend this complaint. I need a order issued for a complete investigation to be done so a full story can show, not one sided story (Full Report) I need to be able to get these peoples names that did this and The others that had a duty to protect me that did not and The others who failed also. The Feds need to investigate before they kill us because they can get away with it here. 6-22-16 Respectfully submitted,

Courtney Partin #350945
Northwest Correctional Complex
I Swear This is True

(2)