UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF TENNESSEE  
EASTERN DIVISION

JUDGMENT IN A CIVIL CASE

COURTNEY PARTIN,

      Plaintiff,

                                       CASE NUMBER: 16-1178-JDT-cgc

v.

JOSEPH WOODARD,

      Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on September 28, 2021, the Report and Recommendation is ADOPTED. Pursuant to the order issued October 21, 2020 (ECF No. 63), judgment by default is hereby entered in favor of the Plaintiff, Courtney Partin, against Defendant Joseph Woodard; however, Plaintiff is awarded no damages in this matter.

    It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Plaintiff would not be taken in good faith. Leave to appeal *in forma pauperis* is, therefore, DENIED.

**APPROVED:**

                                                    **s/ James D. Todd**  
                                                    James D. Todd  
                                                    United States District Judge

**THOMAS M. GOULD**  
**CLERK**

**BY: s/ Evelyn Cheairs**  
**DEPUTY CLERK**